STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**AFFIDAVIT OF SERVICE BY MAIL**

I, Tyrone Heath, 1702 Clay Avenue, Apt 11, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above.

**On August 10, 2026**

deponent served the within: **Confidential Appendix (Filed Under Seal)**

**upon:**

**RAJIT S. DOSANJH**
**Assistant United States Attorney**
**UNITED STATES ATTORNEY'S OFFICE**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
***Attorneys for Appellee***
**100 South Clinton Street, Suite 900**
**Syracuse, New York 13261**
**(315) 448-0672**

at the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy of same, in a postpaid properly addressed wrapper in a Post Office Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on**
**August 10, 2026**

Mariana Braylovskiy

MARIANA BRAYLOVSKIY
Notary Public State of New York
No. 01BU0000399
Qualified in Nassau County
Commission Expires March 30, 2030

T. Heath

**Job# 391562**